IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00261-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $599,041.97 SEIZED FROM FIRST BANK ACCOUNT 4504012240,
2. $51,895.54 SEIZED FROM FIRST BANK ACCOUNT 6291211352,
3. $38,342.11 SEIZED FROM FIRST BANK ACCOUNT 4502870916,
4. $208,000.00 SEIZED FROM PERSHING, LLC ACCOUNT 5HQ-197178,

    Defendants.

---

**JOINT STATUS REPORT – February 9, 2024**

---

    COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews and Claimant Todd C. Dextradeur through his counsel, Marci Gilligan LaBranche and pursuant to Magistrate Judge Hegarty's Order dated October 12, 2023 Order (Doc. 68), hereby file a joint status report, stating the following:

    1.    On January 26, 2021, the United States filed a *Verified Complaint for Forfeiture In Rem* against the defendant assets. (Doc. 2).

    2.    The United States also moved to restrict the Complaint under Level 2, because revealing the facts contained in the complaint could jeopardize an on-going investigation. The Court granted the Motion on February 8, 2021. (Docs. 3, 9).

1

3. On September 15, 2023, the United States filed a Motion to Unrestrict Case and All Related Documents. The Court granted the Motion on September 15, 2023. (Docs. 61, 62).

4. On September 19, 2023, the United States sent Notice of Complaint to the parties who may have an interest in the defendant properties. (Doc. 63).

5. On October 12, 2023, Claimant Todd C. Dextradeur through counsel Marci LaBranche filed a Notice of Verified Claim and an Unopposed Motion to Stay Proceedings. On October 12, 2023, the Court granted this motion. (Docs. 66, 67, 68).

6. On September 5, 2023, the Grand Jury charged Claimant Todd C. Dextradeur by Indictment in United States District Court for the District of Colorado Case No. 23-cr-00387-CNS, *United States of America v. Todd C. Dextradeur*. (Doc. 1). On January 23, 2024, the Court set a Motions Hearing for August 29, 2024; a Trial Preparation Conference for October 18, 2024; and a three-week Jury Trial for November 4, 2024; 23-cr-00387-CNS, Doc. 30.

7. As the related criminal case is ongoing as to Todd C. Dextradeur, the United States asserts that a stay of discovery remains appropriate at this time.

DATED this 9th day of February 2024.

                                              Respectfully submitted,

                                              COLE FINEGAN
                                              United States Attorney

By:  s/ *Tonya S. Andrews*
      Tonya S. Andrews
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Ste. 1600

Denver, CO 80202
Phone: 303-454-0100
Email: tonya.andrews@usdoj.gov
*Attorney for the United States*


By:  s/ *Marci Gilligan LaBranche*
Marci Gilligan LaBranche
Stimson LaBranche Hubbard LLC
1652 Downing Street
Assistant United States Attorney
Denver, CO 80218
Phone: 720-869-8909
Email: Labranche@slhlegal.com
*Attorney for Claimant Todd C. Dextradeur*